ORDERED ACCORDINGLY.

Dated: March 30, 2011

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-04825

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Shad El Fernandez and Judy L. Fernandez<br>   Debtors.<br><br>Bank of America, NA<br>   Movant,<br>  vs.<br><br>Shad El Fernandez and Judy L. Fernandez, Debtors,<br>Dale D. Ulrich, Trustee.<br><br>   Respondents. | No. 2:11-BK-03409-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 1, 2005 and recorded in the office of the Pinal County Recorder wherein Bank of America, NA is the current beneficiary and Shad El Fernandez and Judy L. Fernandez have an interest in, further described as:

    Lot 007, JOHNSON RANCH UNIT 18, according to the plat of record in the office of the county recorder of Pinal
    County, Arizona, recorded in Cabinet D, Slide 129;
    Except all oil, gas, and other hydrocarbon substances, helium or other substances of a gaseous nature, coal,
    metals, fossils, fertilizers of every name and description; and
    Except all uranium, thorium, or any other materials which may be determined by the laws of the United States or
    of this state, or decisions of courts to be peculiarly essential to the production of fissionable materials, whether
    or not of commercial value, as reserved in Arizona Revised Statutes.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.